IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 05-cr-00076-WYD-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

SALLY JO WILKERSON,

        Defendant.

## ORDER EXTENDING VOLUNTARY SURRENDER DATE

        IT IS ORDERED that Defendant, SALLY JO WILKERSON, having been sentenced in the above-named case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the institution designated by the Bureau of Prisons by noon on February 21, 2006.

        DATED at Denver, Colorado, this 3rd day of February, 2006.

        BY THE COURT:

        s/ Wiley Y. Daniel
        Wiley Y. Daniel
        U. S. District Judge